MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. S 05-0038 MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER TO |
| | ) | EXTEND TIME FOR PRELIMINARY |
| LISA BONELLI LAYTON, | ) | EXAMINATION AND EXCLUDE TIME |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties agree that time beginning May 10, 2005 and extending through May 17, 2005 should be excluded from the calculation of time under the Speedy Trial Act. The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). In particular, counsel for the defendant needs more time to discuss the plea agreement with the defendant, and at this time is in trial in another case. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh

1

the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

The parties further request that this matter be taken off calendar until May 17, 2005 at 8:30 a.m.

Counsel for the defendant is having computer problems in his office, and requests that the United States file this stipulation and sign on his behalf.

                              Respectfully Submitted,

                              McGREGOR W. SCOTT
                              United States Attorney

DATE: May 9, 2005        By:  /s/ Matt Segal
                                  MATTHEW D. SEGAL
                                  Assistant U.S. Attorney

DATE: May 9, 2005             /s/ Danny Brance by MDS
                                  DANNY D. BRACE, JR.

**SO ORDERED.**

Dated: May 10, 2005.

                              MORRISON C. ENGLAND, JR
                              UNITED STATES DISTRICT JUDGE