DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax: (916) 447-0592

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LISA LAYTON,<br><br>    Defendant | Case No.: S 05-38 MCE<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY EXAMINATION AND EXCLUDE TIME |

The parties agree that time beginning May 17, 2005 and extending through May 24, 2005 should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  In particular, counsel for defendant needs more time to discuss the plea agreement with the defendant, and at this time is preparing for trial in a Sacramento County Superior Court case.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(8)(A).

The parties further request that this matter be taken off the May 17, 2005, calendar and be rescheduled to May 24, 2005, at 8:30 a.m.

Respectfully submitted,

Date:  5-12-05                         By:  /s/ Danny D. Brace, Jr.,
                                            DANNY D. BRACE, JR.,
                                            Attorney for Defendant

Date:  5-12-05                         By:  /s/ Matthew D. Segal
                                            MATTHEW D. SEGAL
                                            Assistant U.S. Attorney

**IT IS SO ORDERED:**

Dated: May 18, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE