MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.CR.S 05-0038 MCE |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| LISA B. LAYTON, ) | AND EXCLUDE TIME |
| Defendant. ) | |

The parties request that the status conference in this case be continued from May 24, 2005 to May 31, 2005, and stipulate that the time beginning May 24, 2005 and extending through May 31, 2005 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the government and the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). Specifically, the parties expect a plea resolution in this case, but need first to evaluate certain information relevant to sentencing. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best

1

```
 1  interests of the public and the defendant in a speedy trial.  18
 2  U.S.C. § 3161(h)(8)(A).
 3
 4                                      Respectfully Submitted,
 5                                      McGREGOR W. SCOTT
                                        United States Attorney
 6
 7
    DATE: May 20, 2005            By:    /s/ Matt Segal
 8
                                        MATTHEW D. SEGAL
 9                                      Assistant U.S. Attorney
10
11  DATE: May 20, 2005                   /s/ Dan Brace
12                                      DAN BRACE, JR.
                                        Attorney for Lisa B. Layton
13
14
    DATE: May 20, 2005                   /s/ Lisa Layton
15
                                        LISA B. LAYTON
16                                      Defendant
17
18
19
                                        **SO ORDERED.**
20
21  DATE: May 25, 2005
22
23
24  _____
             MORRISON C. ENGLAND, JR
25           UNITED STATES DISTRICT JUDGE
26
27
28

                                  2
```