1  MCGREGOR W. SCOTT
   United States Attorney
2  MATTHEW D. SEGAL
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2708

5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,    )    CASE NO. CR. S 05-0038 MCE
                                )
11              Plaintiff,      )
                                )
12      v.                      )    STIPULATION AND ORDER TO
                                )    CONTINUE SENTENCING
13 LISA B. LAYTON,              )
                                )
14              Defendant.      )
   _____)
15

16     The parties request that the sentencing in this case be
17 continued to September 6, 2005 so that the United States may
18 gather information material to the United States' sentencing
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

1

1  recommendation in this case.  Counsel for the United States has
2  contacted the Probation Officer regarding the proposed new date
3  for sentencing, and it is acceptable to her.

                                                Respectfully Submitted,

                                                McGREGOR W. SCOTT
                                                United States Attorney

DATE: August 2, 2005            By:    /s/ Matt Segal
                                              MATTHEW D. SEGAL
                                              Assistant U.S. Attorney

DATE: August 2, 2005                   /s/ Dan Brace
                                              DAN BRACE, JR.

                                          **SO ORDERED.**

DATE: August 11, 2005

                                         MORRISON C. ENGLAND, JR
                                         UNITED STATES DISTRICT JUDGE